# SEPPINNI LAW

40 BROAD ST., 7TH FL., NEW YORK, NY 10004 | OFFICE: (212) 859-5085

WRITER'S EMAIL:
JOHN@SEPPINNILAW.COM

WRITER'S DIRECT LINE:
+1 (929) 552-9791


August 7, 2026

**Via ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Motion GRANTED. Plaintiff shall file the Second Amended Complaint. The Clerk of Court is respectfully directed to close the motion at Dkt. 41. Furthermore, because the Second Amended Complaint moots Defendants' pending motions to dismiss, the Clerk of Court is respectfully directed to additionally close the motions at Dkts. 32 & 35.

Dated: August 10, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**RE: PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**
*Jimenez v. D'Onofrio General Contractors Corp, et al.*, 1:26-cv-02860

Dear Judge Rochon:

We represent Plaintiff and submit this letter motion to amend the Amended Complaint. Plaintiff initiated this action on April 7, 2026. In accordance with the Court's April 28, 2026 Order, Plaintiff filed her Amended Complaint on May 7, 2026.

Now, in response to the motions to dismiss filed by Defendants Consolidated Edison Company of New York, Inc. (ECF 32-34) and Defendants D'Onofrio General Contractors Corporation and Norwing Reyes (ECF 35-36), Plaintiff moves to amend the First Amended Complaint. Counsel for all Defendants have consented to Plaintiff's motion. Amendment is thus proper under both Fed. R. Civ. P. 15(a)(1)(B) without a showing of good cause, and with consent under Fed. R. Civ. P. 15(a)(2).

Additionally, Plaintiff has amended the caption in the proposed Second Amended Complaint to correct the name of Defendant All State 12 Corp. (previously All State 12 General Contracting Corporation). Accordingly, Plaintiff filed a stipulation of dismissal with prejudice as to the incorrectly named party, All State 12 General Contracting Corporation.

To satisfy Local Civil Rule 15.1(a), Plaintiff attaches the following exhibits:

- Exhibit A is a clean copy of Plaintiff's proposed Second Amended Complaint.
- Exhibit B is a redline copy that reflects the changes between Plaintiff's Amended Complaint and her proposed Second Amended Complaint

We appreciate the Court's time and consideration.

Respectfully,

**SEPPINNI LAW, PLLC**

/s/ JOHN CRAIN
JOHN CRAIN

40 Broad St.
Floor 7
New York, NY
10004

(929) 552-9791
john@seppinnilaw.com